STATE OF NEW JERSEY v. JEFFREY ALLEN COSBY.

April 24, 1975. Petition for certification denied.

ESTELLE WOLINER v. JACK WOLINER.

April 24, 1975. Petition for certification granted. (See 132 *N. J. Super.* 216)

STATE OF NEW JERSEY v. RUPHUS C. BROWN.

April 24, 1975. Petition for certification denied.

THERMO CONTRACTING CORP. v. BANK OF NEW JERSEY.

April 24, 1975. Petition for certification granted.

STATE OF NEW JERSEY v. CATHERINE RAFFETTO.

April 24, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL DeMARTINO.

April 24, 1975. Petition for certification denied.